# *UNITED STATES DISTRICT COURT*

ORIGINAL

## *DISTRICT OF ARIZONA*

UNITED STATES OF AMERICA

V.

Sarah Cox

CRIMINAL COMPLAINT

CASE NUMBER: 16-7324MJ

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**Count 1**

On or about December 23, 2015, in the District of Arizona and elsewhere, defendant Sarah Cox did knowingly receive child pornography that had been shipped and transported in interstate and foreign commerce by any means, including computer, including a visual depiction of an actual minor engaging in sexually explicit conduct, to wit: Image file "fa5507ae-e788-4566-9203-686ed73de131.jpg".

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2256.

**Count 2**

On or about December 23, 2015, in the District of Arizona and elsewhere, defendant Sarah Cox did knowingly receive child pornography that had been shipped and transported in interstate and foreign commerce by any means, including computer, including a visual depiction of an actual minor engaging in sexually explicit conduct, to wit: Image file "dbb47bf9-f1f0-4cca-b16a-078ee03ede39.jpg"

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2256.

**Count 3**

On or about December 23, 2015, in the District of Arizona and elsewhere, defendant Sarah Cox did knowingly receive child pornography that had been shipped and transported in interstate and foreign commerce by any means, including computer, including a visual depiction of an actual minor engaging in sexually explicit conduct, to wit: Image file "3cb34426-38f5-4baf-9c3f-97ff75441c05.jpg".

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2256.

I further state that I am a Special Agent from the Department of Homeland Security, Homeland Security Investigations and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: Robert Brooks, AUSA

Christopher D. Shrable, HSI Special Agent
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence

8/4/16 at Phoenix, Arizona
Date City and State

HONORABLE BRIDGET S. BADE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**STATEMENT OF PROBABLE CAUSE**

I, Christopher D. Shrable, Special Agent with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows, to wit:

**INTRODUCTION AND BACKGROUND INFORMATION**

1. The facts of this case, as more fully detailed herein, are that HSI Colorado Springs agents through the course of a previous investigation discovered on or between November 29, 2015 and December 3, 2015, Richard Jason Hennis, Colorado Springs, Colorado transmitted images, by means of electronic messaging, depicting a sexual assault of a prepubescent minor child victim to a Kik user "JadeJeckel", later identified as Sarah Cox, Cottonwood, Arizona. HSI Colorado Springs agents forwarded case information HSI Phoenix for further investigation.

2. Your affiant is employed as a Special Agent by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and is currently assigned to the Phoenix, Arizona office (HSI Phoenix). Your affiant has been an HSI Special Agent since September 2007. Typical duties include conducting criminal investigations related to violations of United States law; and, more specifically, criminal violations that occur over the Internet, to include the enticement and coercion of minors by adults to engage in explicit and illegal sexual activity. As a HSI Special Agent, your affiant has conducted numerous investigations relating to sexual crimes committed against children through the use of the Internet.

3. This statement is based on the investigation, observations, and/or experience of your affiant, as well as the investigations, observations, and/or experiences of the other law enforcement officers and/or witnesses including those that are described in this affidavit. Due to the fact that this affidavit is being made to establish probable cause for a criminal complaint, your affiant has not listed each and every fact known regarding this investigation.

**DETAILS OF INVESTIGATION**

4. In January 2016, HSI Colorado Springs agents along with Colorado Springs Police Department Detectives executed a search warrant at the residence of Richard Jason Hennis regarding a child exploitation investigation. Upon forensic review of digital devices seized pursuant to the warrant, electronic correspondence with multiple unidentified individuals

regarding the sexual exploitation of children was discovered. One such individual using Kik, an instant messaging application, user name "JadeJeckel" was discovered to have received multiple computer still images depicting the sexual exploitation of a prepubescent minor child victim. Some examples of the Kik correspondences are as follows: On December 23, 2015 at 3:36 AM, an electronic message was sent from Kik user "funguy4u2use" and received by Kik user "JadeJeckel". The body of the message did not contain correspondence; however, image file "fa5507ae-e788-4566-9203-686ed73de131.jpg" was attached. Image file "fa5507ae-e788-4566-9203-686ed73de131.jpg" is a full color still image depicting a prepubescent Caucasian female infant lying supine. The female infant victims' legs are spread exposing the vagina. An unidentified adult is using their thumb and forefinger to expose the inner anatomy of the victims' vagina. A diaper is partially visible in the picture frame. Neither the infant victim's face, nor the individual exposing the victim's vagina, is visible.

b. On December 23, 2015 at 3:36 AM, an electronic message was sent from Kik user "funguy4u2use" and received by Kik user "JadeJeckel". The body of the message did not contain correspondence; however, image file "dbb47bf9-f1f0-4cca-b16a-078ee03ede39.jpg" was attached. Image file "dbb47bf9-f1f0-4cca-b16a-078ee03ede39.jpg" is a full color still image depicting a prepubescent Caucasian female infant vagina. An unidentified adult depicted as using a thumb and forefinger to expose the inner anatomy of the victims' vagina. A diaper is partially visible in the picture frame.

c. On December 23, 2015 at 3:37 AM, an electronic message was sent from Kik user "funguy4u2use" and received by Kik user "JadeJeckel". The body of the message did not contain correspondence; however, image file "3cb34426-38f5-4baf-9c3f-97ff75441c05.jpg" was attached. Image file "3cb34426-38f5-4baf-9c3f-97ff75441c05.jpg" is a full color still image depicting a suspected adult Caucasian female. The suspected adult Caucasian female has her face in between a prepubescent Caucasian female's legs/pubic region. The prepubescent female's face in not visible, however based upon body size comparison, the suspected prepubescent victim appears to be an infant. The prepubescent victim's sex cannot be determined due to body/camera positioning. However, the prepubescent

victim appears to be the same victim in the aforementioned images. The adult Caucasian female appears to be performing oral sex on the prepubescent victim.

d. On November 22, 2015 at 8:45 PM Kik user JadeJeckel sent the following electronic image file "ac37884f-8588-4bf4-9ae5-5a391181bce1.jpg" to Kik user funguy4u2use. Image file "ac37884f-8588-4bf4-9ae5-5a391181bce1.jpg" depicts an adult Caucasian female wearing a black hat. The adult Caucasian female has multiple tattoos visible in the .jpg image such as a large skull and spider web tattoo visible on her upper chest, as well as tattoos on her face.

6. In addition to images, multiple electronic messaging between Kik users "funguy4u2use" and "JadeJeckel" regarding the sexual exploitation of children were discovered. Examples of the correspondence are as follows:

a. On November 29, 2015 at 10:03PM Kik user funguy4u2use sent the following electronic correspondence to Kik user JadeJeckel: "She said that last week she licked a 1 yr old girls pussy. Her friends roommates baby."

b. On November 29, 2015 at 10:03 PM Kik user JadeJeckel responded to the above electronic correspondence: "Yummy".

c. On November 29, 2015 at 10:04 PM Kik user JadeJeckel sent the following electronic correspondence to Kik user funguy4u2use: "I thought about getting my friend's 3 yr old girl".

d. On November 29, 2015 at 10:04 PM Kik user JadeJeckel sent the following electronic correspondence to Kik user funguy4u2use: "Ask her to get the one yr old againgirl {sic}".

e. On November 29, 2015 at 10:05 PM Kik user funguy4u2use sent the following electronic correspondence to Kik user JadeJeckel: "She wants to babysit so she can lick her more."

f. On November 29, 2015 at 10:06 PM Kik user funguy4u2use sent the following electronic correspondence to Kik user JadeJeckel: "She is local, so maybe I'll get to play with her too."

g. On November 29, 2015 at 10:08 PM Kik user JadeJeckel sent the following electronic correspondence to Kik user funguy4u2use: "I wanna watch her finger her".

h. On November 29, 2015 at 10:08 PM Kik user funguy4u2use sent the following electronic correspondence to Kik user JadeJeckel: "Me too, but that would be dangerous."

i. On November 29, 2015 at 10:11 PM Kik user JadeJeckel sent the following electronic correspondence to Kik user funguy4u2use: "I'm going get the 3yr old".

j. On November 29, 2015 at 10:11 PM Kik user funguy4u2use sent the following electronic correspondence to Kik user JadeJeckel: "When?"

k. On November 29, 2015 at 10:12 PM Kik user JadeJeckel sent the following electronic correspondence to Kik user funguy4u2use: "ASAP".

l. On November 29, 2015 at 10:13 PM Kik user funguy4u2use sent the following electronic correspondence to Kik user JadeJeckel: "What are you going to do with her?"

m. On November 29, 2015 at 10:13 PM Kik user JadeJeckel sent the following electronic correspondence to Kik user funguy4u2use: "Eat her and touch her".

n. On November 29, 2015 at 10:14 PM Kik user funguy4u2use sent the following electronic correspondence to Kik user JadeJeckel: "I'm so jealous."

o. On November 29, 2015 at 10:16 PM Kik user funguy4u2use sent the following electronic correspondence to Kik user JadeJeckel: "Will you let me watch?"

p. On November 29, 2015 at 10:16 PM Kik user JadeJeckel sent the following electronic correspondence to Kik user funguy4u2use: "I wish you were doing it with me".

q. On November 30, 2015 at 1:00 AM Kik user JadeJeckel sent the following electronic correspondence to Kik user funguy4u2use: "I just wanna see a sweet little pussy stretched around a hard cock".

r. On December 4, 2015 at 3:47 AM Kik user JadeJeckel sent the following electronic correspondence to Kik user funguy4u2use: "I would lick your cum off her from tiny clit to tiny asshole".

7. HSI Colorado Springs agents through the course of their investigation identified Richard Hennis as Kik user "funguy4u2use".

8. HSI Colorado Springs issued a summons to Kik for subscriber information regarding "JadeJeckel". A representative from Kik provided the following subscriber information: "Missy Justice"; e-mail "jadejeckel@live.com"; as well as recent Internet Protocol (IP) information. Open source data base record checks identified CenturyLink, Phoenix, Arizona as the Internet Service Provider (ISP). A representative from CenturyLink provided the following subscriber information: name – Sarah Cox; address – 520 Fiesta St, Apt. 11, Clarkdale, Arizona 86324.

9. Your affiant conducted Arizona Department of Transportation (ADOT) record checks. According to ADOT records, Sarah Cox resides at 881 Osprey Lane, Clarkdale, Arizona 85324. Upon visual comparison of the Sarah Cox ADOT image file and image "ac37884f-8588-4bf4-9ae5-5a391181bce1.jpg" transmitted by JadeJeckel, multiple visible tattoos are consistent in both images to positively identify Kik user JadeJeckel as Sarah Cox.

10. United States Postal Service (USPS) checks were conducted regarding Sarah Cox. According to USPS records, Sarah Cox is receiving mail at 881 Osprey Lane, Clarkdale, Arizona 85324.

## **CONCLUSION**

11. Based on the foregoing, there is probable cause to believe that Sarah Cox committed violations of 18 U.S.C. § 2252A(a)(2)(A), 18 U.S.C. § 2256 which makes it a crime to relating to materiel involving the sexual exploitation of a minor, and activities relating to material constitution or containing child pornography.

Respectfully submitted,

Christopher D. Shrable
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 4th of August, 2016.

HONORABLE BRIDGET S. BADE
United States Magistrate Judge